UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RASHAD BRAZIER,**

   Plaintiff,

v.                                                               **No. 4:26-cv-00351-P**

**TARRANT EQUITY LLC, ET AL.,**

   Defendants.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF Nos. 9–10, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF Nos. 9–10, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order by **DENIED**. It is also **ORDERED** that the above-captioned and styled case is **DISMISSED with prejudice**.

**SO ORDERED** on this **22nd day of April 2026.**

_Mark T. Pittman_

Mark T. Pittman
UNITED STATES DISTRICT JUDGE